JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARA LEE E. H., | ) | CASE NO. EDCV 20-2154 AGR |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for reconsideration of Plaintiff's physical residual functional capacity during the period beginning March 1, 2019.

DATED: May 5, 2023

*alicia G. Rosenberg*

ALICIA G. ROSENBERG
United States Magistrate Judge